## Smith *v.* Smith, Appellant.

Before SPARVERO, J.

Argued November 21, 1975. *Edward Jaffee Abes,* for appellant; *James M. Shilliday,* for appellee.

Order affirmed.


## Stewart *v.* Uniroyal, Inc. (et al., Appellants).

Before LOUIK, J., without a jury.

Argued November 24, 1975. *Robert G. Simasek,* with him *Anthony P. Picadio, Thomas Hollander, Giles J. Gaca,* and *Stein and Winters,* for appellant at No. 404, and appellee at No. 415; *Thomas F. Weis,* with him *Anthony P. Picadio, Giles J. Gaca,* and *Weis & Weis,* for appellant at No. 415, and appellee at No. 404; *Anthony P. Picadio,* for appellant at No. 428; *John W. Jordan, IV,* with him *Thomas F. Weis,* and *Thomson, Rhodes & Grigsby,* and *Weis & Weis,* for appellee at No. 428.

Adjudication affirmed.